UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES, | : | Crim. No. 04-25 |
| | : | |
| v. | : | Hon. Katharine S. Hayden |
| | : | |
| ASMAR CALHOUN | : | **ORDER** |

A motion to for jail time credit having been filed defendant Asmar Calhoun, <u>pro se</u>, appearing, in the above matter; the United States of America (by Andrew Kogan, Assistant United States Attorney, appearing) having opposed the motion; the Court having considered the submissions of the parties; and for good cause shown;

IT IS THE FINDINGS OF THIS COURT that:

1. Defendant's motion for jail time credit is barred as defendant has not exhausted his administrative remedies.

WHEREFORE, it is on this 21st day of July, 2010;

ORDERED that the defendant's motion is hereby DENIED; and it

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge